UNITED STATES DISTRICT COURT  　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Lucy Herrera, | § |
| | § |
| Plaintiff, | § |
| | § |
| versus | §   Civil Action H-18-3394 |
| | § |
| US Bank National Association, et al., | § |
| | § |
| Defendants. | § |

## Management Order

1. By October 19, 2018, Lucy Herrera may respond to US Bank National Association's motion to dismiss.

2. By October 26, 2018, US Bank must give an accounting of all payments, including taxes, fees, and insurance, of Herrera's mortgage payments to Herrera and the court.

Signed on October 17, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge